IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ANTONIO GONZALEZ-VELASQUEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:09-CV-0208 |
| | § | 2:08-CR-0002 |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION and DENYING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE and MOTION TO CORRECT SENTENCE

Came for consideration the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody and the Motion to Correct Sentence for Misapplication of Sentencing Guidelines and Inaccurate Computation due to Counsel Ineffectiveness filed by petitioner ANTONIO GONZALEZ-VELASQUEZ. On November 23, 2011, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that both motions be denied. Petitioner was granted an extension of time in which to file objections, however, as of this date, no objections to the Report and Recommendation have been filed.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby ADOPTS the Report and Recommendation. Accordingly, the motion to vacate, set

aside or correct sentence and the motion to correct sentence filed by petitioner are, in all things, DENIED.

    IT IS SO ORDERED.

    ENTERED this \_\_\_31st\_\_\_ day of \_\_\_January\_\_\_ 2012.

                                      MARY LOU ROBINSON
                                      UNITED STATES DISTRICT JUDGE